**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ **2** Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Jesus Pino**   JOINT DEBTOR: _____   CASE NO.: **17-10781**
Last Four Digits of SS# **xxx-xx-7658**   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A.  $ **166.67**  for months **1** to **10** ;
  B.  $ **249.98**  for months **11** to **60** ;
  C.  $ _____  for months _____ to _____ ; in order to pay the following creditors:

Administrative:  Attorney's Fee -  $ **3,500.00**  TOTAL PAID $ **2,000.00**
                 Balance Due     $ **1,500.00**  payable $ 150.00  /month  (Months **1** to **10** )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**-NONE-**   Arrearage on Petition Date  $ _____
Address: _____   Arrears Payment  $ _____ /month  (Months __ to __)
Account No: _____   Regular Payment  $ _____ /month  (Months __ to __)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**   Total Due  $ _____
             Payable   $ _____ /month  (Months __ to __)   Regular Payment $ _____

Unsecured Creditors: Pay $ **224.98** /month (Months **11** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

  **Special Intentions:**
  **Bank Unted Fsb: Debtor will pay claim directly.**
  **Wells Fargo Hm Mortgag: Debtor will pay claim directly.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

  **/s/ Jesus Pino**
  **Jesus Pino**
  Debtor
  Date:  **June 5, 2017**

LF-31 (rev. 01/08/10)